UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RASHAD W. WALSTON, | |
| Plaintiff, | Case No. 1:19-cv-00608 |
| v. | Judge Andrea R. Wood |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, RASHAD W. WALSTON, and the Defendant, EQUIFAX INFORMATION SERVICES, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, EQUIFAX INFORMATION SERVICES, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 24, 2019

**RASHAD W. WALSTON**

/s/ Taxiarchis Hatzidimitriaidis
Taxiarchis Hatzidimitriadis
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
thatz@sulaimanlaw.com

Respectfully Submitted,

**EQUIFAX INFORMATION
SERVICES, LLC**

/s/ Mary K. Curry (*with consent*)
Mary K. Curry
*Counsel for Defendant*
Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Phone: (312) 873-2945
mkcurry@polsinelli.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis